**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Donte Cheron FREEMAN,**
**Defendant–Appellant.**

**No. 12–6162.**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 14, 2012.

Decided: June 19, 2012.

Donte Cheron Freeman, Appellant Pro Se. Ronald Andrew Bassford, Donald Ray Wolthuis, Assistant United States Attorneys, Roanoke, Virginia, for Appellee.

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donte Cheron Freeman appeals the district court's order denying his motion for reconsideration of the order denying his 18 U.S.C. § 3582(c) (2006) motion. We have reviewed the record and find no abuse of discretion by the district court. Accordingly, we affirm for the reasons stated by the district court. *United States v. Freeman*, No. 4:06–cr–00016–JLK–1, 2012 WL 178354 (W.D.Va. Jan. 23, 2012); *see United States v. Hood*, 556 F.3d 226, 235–36 (4th Cir.2009). We deny Freeman's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*